UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62276-CIV-SMITH

DANIEL MONCADA,

    Plaintiff,

v.

DAVE & BUSTERS, INC.,

    Defendant.
_____/

ORDER GRANTING
PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

This matter is before the Court on Plaintiff's Unopposed Motion for Voluntary Dismissal without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2) [DE 25]. Upon consideration, it is

**ORDERED** that

1. Plaintiff's Unopposed Motion for Voluntary Dismissal without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2) (the "Motion") [DE 25] is **GRANTED**.

2. The case is **DISMISSED without prejudice**.

3. All pending motions not otherwise ruled upon are **DENIED as moot**.

4. This case is **CLOSED**.

**DONE ANRE ORDERED** in Fort Lauderdale, Florida on this 7th day of May, 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record